LAW OFFICES OF LEO JAMES TERRELL
8383 Wilshire Blvd., Suite 652
Beverly Hills, California  90211
(323) 655-6909\FAX (323) 655-5104
Leo James Terrell, State Bar No. 149693
Email:civil1975@aol.com

Attorneys for Plaintiff,
John Abon

JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN ABON,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, DEPARTMENT OF PUBLIC WORKS AND DOES 1-10, inclusive,<br><br>        Defendants. | CASE NO.: CV 11-4740-RSWL-MAN<br><br>**ORDER DISMISSING PLAINTIFF'S SECOND CAUSE OF ACTION FOR RETALIATION IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT (42 U.S.C. §2000e, et seq.) AND REMANDING PLAINTIFF'S FIRST CAUSE OF ACTION FOR RETALIATION IN VIOLATION OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT (Gov't Code §12900, et seq.) TO STATE COURT** |

TO ALL INTERESTED PARTIES HEREIN:

    Based upon good cause shown and the stipulation filed by Plaintiff John Abon and Defendant City of Los Angeles, Plaintiff's second cause of action against Defendants for retaliation in violation of Title VII of the Civil Rights Act under 42 U.S.C. Section 2000e, et seq., is dismissed and Plaintiff's first cause of action against Defendants for retaliation in violation of the California Fair Employment and Housing Act under California Government Code Section 12900, et seq., is remanded to State Court.

    IT IS SO ORDERED.


DATED: August 11, 2011

                                            *RONALD S.W. LEW*
                                            Honorable Ronald S.W. Lew
                                            Senior, U. S. District Court Judge

```
Los Angeles Superior Court
BC458839
```

1